# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| REBECCA HARPER,<br><div align="right">*Plaintiff,*</div><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF<br>SOCIAL SECURITY,<br><div align="right">*Defendant.*</div> | CIVIL ACTION NO. 3:10-cv-00056<br><br><u>ORDER</u><br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition. Upon consideration of the parties' cross motions for summary judgment, Judge Crigler filed a Report and Recommendation ("Report") that the case be remanded to the Commissioner. After a review of the entire record in this case, and no objection having been filed to the Report's recommended disposition within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 14) in its entirety. Accordingly, Defendant's motion for summary judgment (docket no. 12) is DENIED; Plaintiff's motion for summary judgment (docket no. 8) is GRANTED; and this matter is REMANDED to the Commissioner, pursuant to 42 U.S.C. § 405(g). Any other pending motions are DENIED as MOOT, and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTERED this ___12th___ day of July, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE